IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR124 |
| vs. ) | |
| ) | ORDER |
| RENE RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion to amend conditions of pretrial release (Filing No. 13). The court, being fully advised in the premises, finds that said motion should be granted.

**IT IS ORDERED**:

1. The defendant's motion (Filing No. 13) is granted.

2. Paragraph 7(g) of the Order Setting Conditions of Release (Filing No. 12) is hereby amended to permit the defendant to travel up to 300 miles from his home in Rialto, California, as required by his employment, provided that he remains within the United States.

DATED this 19th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge