IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )        8:07CR124
                               )
      v.                       )
                               )
RENE RAMIREZ,                  )        ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 29), denying defendant's motion to suppress evidence (Filing No. 15), defendant's statement of objections (Filing No. 30), and his brief in support of objections to the report and recommendation (Filing No. 31).  The Court has reviewed the report and recommendation, as well as the objections and the brief, and finds the report and recommendation should be approved and adopted.  Accordingly,

　　　　IT IS ORDERED:

　　　　1) The report and recommendation of the magistrate judge is approved and adopted;

　　　　2) Defendant's objections thereto are overruled;

　　　　3) Defendant's motion to suppress evidence is denied;

　　　　4) Trial of this matter is scheduled for:

**Tuesday, October 9, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between September 6, 2007, and October 9, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 6th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court