IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR124 |
| | ) | |
| v. | ) | |
| | ) | |
| RENE RAMIREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     This matter is before the Court on the motion to continue trial (Filing No. 37).  Subject to the filing of another written waiver of speedy trial, the Court finds said motion should be granted.  Accordingly,

     IT IS ORDERED that defendant's motion to continue trial is granted; trial of this matter is rescheduled for:

**Monday, January 28, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between December 10, 2007, and January 28, 2008, shall be deemed excludable time in any computation of time

under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court