IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR124 |
| | ) | |
| v. | ) | |
| | ) | |
| RENE RAMIREZ, | ) | JUDGMENT OF ACQUITTAL |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court after defendant entered a plea of not guilty, and the jury found the defendant not guilty on Count I of the indictment.  In accordance with said verdict, the Court finds Count II of the indictment should be dismissed. Accordingly,

IT IS ORDERED:

1) Judgment of acquittal is entered as to Count I of the indictment, and the defendant is discharged as to this count.

2)  Count II of the indictment against defendant Rene Ramirez is dismissed.

DATED this 16th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court