IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR124 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| RENE RAMIREZ, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion for Release of Bond Obligation, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. The Defendant's motion is granted, and;

2. That the Clerk of the Court shall return to the Defendant the money he previously posted on bond.

DATED this 16TH day of May, 2008.

BY THE COURT:

HON. LYLE E. STROM, Senior Judge
United States District Court

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
08 MAY 16 PM 2:45
OFFICE OF THE CLERK